UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EDDIE BASHAM, as administrator
of the estate of James Basham, and
FREDA MCCLENDON, individually
and as class representatives on behalf
of all similarly situated persons                                                                                   PLAINTIFFS


V.                                          CASE NO. 4:12-CV-4005


AMERICAN NATIONAL COUNTY
MUTUAL INS. CO., *et al.*                                                                                            DEFENDANTS


## ORDER

Before the Court is an Agreed Motion to Set Briefing Schedule. (ECF No. 236). Defendants who did not join the motion have filed a response in opposition. (ECF No. 237). Plaintiffs and Certain Defendants request that the Court issue a briefing schedule which would govern various deadlines in this case, including deadlines to file answers to Plaintiffs' Complaint and deadlines to file responses to Motions to Dismiss filed by Defendants. Some of these response deadlines will expire in the coming days if the parties' Motion to Set Briefing Schedule is not granted. Because the Court requires more time to consider the motion, the current response deadlines are stayed until the Court rules on the motion.

IT IS SO ORDERED, this 10th day of December, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge