UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EDDIE BASHAM, as administrator
of the estate of James Basham, and
FREDA MCCLENDON, individually
and as class representatives on behalf
of all similarly situated persons                                                                PLAINTIFFS

V.                                              CASE NO. 4:12-CV-4005

AMERICAN NATIONAL COUNTY
MUTUAL INS. CO., *et al.*                                                                        DEFENDANTS

## ORDER

Before the Court is Plaintiffs' and Defendant American National Insurance Company's Agreed Motion for Dismissal. (ECF No. 247). The parties request that Plaintiffs' claims against American National Insurance Company be dismissed and that each party bear their own costs and attorney's fees. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiffs' claims against American National Insurance Company are **DISMISSED**. Each party is to bear their own costs and attorney's fees.

IT IS SO ORDERED this 31st day of January, 2014.

       /s/ Susan O. Hickey
Susan O. Hickey
United States District Judge