UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EDDIE BASHAM, as administrator
of the estate of James Basham, and
FREDA MCCLENDON, individually
and as class representatives on behalf
of all similarly situated persons                                                          PLAINTIFFS

V.                                  CASE NO. 4:12-CV-4005

AMERICAN NATIONAL COUNTY
MUTUAL INS. CO., *et al.*                                                                  DEFENDANTS

## ORDER

On January 23, 2014, the Court granted Plaintiffs' Motion for Leave to File First Amended Complaint.  (ECF No. 245).  Plaintiffs' First Amended Complaint was filed on January 27, 2014.  Plaintiffs' original Complaint (ECF No. 5) is now inoperative and superseded by the Amended Complaint. (ECF No. 246).  Accordingly, the Court finds that Defendants' pending motions to dismiss (ECF Nos. 6, 10, 23, 25, 29, 39, 49, 56, & 229), which are directed to the original Complaint, should be and hereby are **DENIED AS MOOT**.   Per the Court's scheduling order (ECF No. 240), Defendants' answers or responsive pleadings to the Amended Complaint are due on or before February 24, 2014.

IT IS SO ORDERED this 18th day of February, 2014.

    /s/ Susan O. Hickey
Susan O. Hickey
United States District Judge