UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EDDIE BASHAM, as administrator
of the estate of James Basham, and
FREDA MCCLENDON, individually
and as class representatives on behalf
of all similarly situated persons                                                                        PLAINTIFFS

V.                                         CASE NO. 4:12-CV-4005

AMERICAN NATIONAL COUNTY
MUTUAL INS. CO., *et al.*                                                                              DEFENDANTS

## ORDER

Before the Court is an Agreed Motion for Dismissal filed on behalf of Plaintiffs and Defendants Royal and Sunalliance USA (n/k/a Arrowpoint Group, Inc.), Royal and Sunalliance USA Insurance Pool, Royal Indemnity Company (n/k/a Arrowood Indemnity Company and successor in interest to Royal Insurance Company of America ), and Royal Surplus Lines Insurance Company (n/k/a Arrowood Surplus Lines Insurance Company) ("Royal Defendants"). (ECF No. 268). It has been reported to the Court that the within matter has been fully settled and compromised by Plaintiffs and the Royal Defendants. Accordingly, the Motion is **GRANTED**, and Plaintiff's claims against the Royal Defendants are hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court shall retain jurisdiction over the terms of the settlement agreement.

IT IS SO ORDERED this 3rd day of March, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　   /s/ Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge