UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EDDIE BASHAM, as Administrator
of the Estate of James Basham, and
FREDA MCCLENDON, Individually
and as Class Representatives on Behalf
of All Similarly Situated Persons                                                         PLAINTIFFS

V.                                     CASE NO. 4:12-CV-04005

AMERICAN NATIONAL COUNTY
MUTUAL INS. CO., *et al.*                                                                DEFENDANTS

## ORDER

Before the Court is a Motion to Withdraw as Counsel filed on behalf of certain 21st Century Defendants.[1] (ECF No. 295). These 21st Century Defendants move the Court to withdraw Bill Cobb as their counsel of record. These defendants will continue to be represented in this action by their remaining attorneys of record.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Bill Cobb is hereby removed as counsel of record for these 21st Century Defendants. The Clerk is directed to remove Mr. Cobb from the CM/ECF notification system for this case.

IT IS SO ORDERED, this 2nd day of February, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] 21st Century Casualty Company, 21st Century Insurance Company, 21st Century Insurance Company of the Southwest, 21st Century Insurance Group, 21st North America Insurance Company, 21st Century Centennial Company.