UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EDDIE BASHAM, as Administrator
of the Estate of James Basham, and
FREDA MCCLENDON, Individually
and as Class Representatives on Behalf
of All Similarly Situated Persons                                                                PLAINTIFFS

V.                            CASE NO. 4:12-CV-04005

AMERICAN NATIONAL COUNTY
MUTUAL INS. CO., *et al.*                                                                        DEFENDANTS

## ORDER

Before the Court is a Motion to Withdraw as Counsel filed on behalf of Metropolitan Group Property and Casualty Company's ("MGP&C") counsel, Melissa Economy. (ECF No. 310). Melissa Economy moves the Court to withdraw her as MGP&C's counsel of record. MGP&C will continue to be represented in this action by its remaining attorneys of record.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Melissa Economy is hereby removed as counsel of record for MGP&C. The Clerk is directed to remove Ms. Economy from the CM/ECF notification system for this case.

IT IS SO ORDERED, this 27th day of April, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge